# MEMORANDUM DECISIONS.

BUROW et al. v. GRAND LODGE OF SONS OF HERMANN. (Circuit Court of Appeals, Fifth Circuit. January 3, 1905.) No. 1,369. Petition to Revise to the District Court of the United States for the Western District of Texas. Geo. E. Shelley and John T. Duncan, for petitioners. George Willrich, for respondent. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The same matters are involved on this petition as in the case on appeal between the same parties (just decided) 133 Fed. 708. The proceedings sought to be here revised involve questions of mixed law and fact, and it is doubtful whether any relief could be granted under the petition, even if its consideration were not rendered unnecessary by our disposition of the merits adversely to petitioner in the appeal case. The petition is denied.

GOLDENBERG BROS. & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 24, 1905.) No. 3,185. Application for Rehearing. James W. Purdy and Henry G. Ward, for petitioners. D. Frank Lloyd, Asst. U. S. Atty.

PER CURIAM. Application denied, as filed too late. For decision in question, see (C. C. A.) 130 Fed. 108. Note 195 U. S. 634, 25 Sup. Ct. 791, 49 L. Ed. 354, and (C. C.) 124 Fed. 1003.

MEIGS v. LONDON ASSUR. CO. (Circuit Court of Appeals, Third Circuit. February 3, 1905.) No. 15. In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. Samuel Dickson, for plaintiff in error. G. W. Pepper, for defendant in error. Before DALLAS and GRAY, Circuit Judges, and BRADFORD, District Judge.

DALLAS, Circuit Judge. The able argument which has been submitted on behalf of the plaintiff in error has had our careful attention, but it has failed to convince us that any error was committed by the Circuit Court in its decision of this case. The learned judge carefully considered it in an opinion which, we think, completely vindicated his conclusion. 126 Fed. 781. Upon that opinion, therefore, the judgment is affirmed.

RIEGELMAN v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. September 23, 1904.) No. 3,327. Appeal from the Circuit Court of the United States for the Southern District of New York. Howard T. Walden, for appellant. Charles Duane Baker, Asst. U. S. Atty.

PER CURIAM. Appeal discontinued. For decision below, see (C. C.) 127 Fed. 493.

SALT v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 1, 1904.) No. 3,138. Appeal from the Circuit Court of the United States for the Southern District of New York. Stephen G. Clarke, for appellant. Chas. D. Baker, for the United States. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed, on opinion below. 127 Fed. 890.